[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11264
Non-Argument Calendar
_____

D.C. Docket No. 8:93-cr-00158-JDW-TGW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HENRY FRANCIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 17, 2020)

Before JORDAN, LUCK, and FAY, Circuit Judges.

PER CURIAM:

Juliann Welch, appointed counsel for Henry Francis, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct given the district court's exercise of discretion in denying Francis' motion under the First Step Act.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Francis' motion to reduce sentence is **AFFIRMED**.